UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RODRIGO RIVERA-GARCIA,

    Petitioner,

v.

MARTIN FRIEND,

    Respondent.

No. 5:21-CV-00239-H

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil action is dismissed without prejudice for want of prosecution.

Dated February 7, 2022.

                                        JAMES WESLEY HENDRIX
                                      United States District Judge